JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHARON KELSCH, as an individual and trustee of THE SHARON KELSCH FAMILY TRUST, U/T/A dated March 29, 2010; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-02176-JLS-ADS<br><br>Judgment |

On July 8, 2020, upon consideration of the *Eitel* factors, the Court granted Plaintiff James Rutherford's Application for Default Judgment. (Order, Doc. 23.)

In accord with that Order, is hereby ordered and adjudged that Plaintiff JAMES RUTHERFORD shall have JUDGMENT in his favor against Defendant SHARON KELSCH, as an individual and trustee of THE SHARON KELSCH FAMILY TRUST, U/T/A dated March 29, 2010 ("Defendant") for Defendant's violation of the ADA, 42 U.S.C. § 12181, et. seq., as follows:

(1) Defendant is enjoined (1) from committing further violations of the ADA, 42 U.S.C. § 12181, et. seq., and (2) to ensure that an ADA-compliant premises is provided at 298 South Tustin Ave., Orange, CA 92866, to the extent ADA compliance is readily achievable.

(2) Attorneys' fees in the amount of $1,490.00 and eligible litigation costs awarded by the Clerk under Local Rule 54-2, 54-3.

DATED: July 20, 2020

_____
Honorable Josephine L. Staton
United States District Judge

1